**MOSS et al. v. PROFFITT et al.**

Jan. 9, 1945.

Dulin Moss and W. C. Marshall for movant.

Arley Proffitt and J. R. Carpenter opposed.

PER CURIAM.

Motion for an appeal from the Franklin Circuit Court. Appellants, attorneys, were appointed by the court to defend an alleged indigent prisoner, who was charged with a serious felony. After appellants had performed much work, the prisoner and his wife employed the appellee, paying him a cash fee of $500. The appellants, by motion, sought to require the appellee to share his fee with them. Their motion was denied.

Appeal denied; Judgment affirmed.

**BILLIE BAKER, Movant, v. THE GARLAND COMPANY, Opposed.**

Jan. 16, 1945.

Jesse Morgan for movant.

G. C. Wilson opposed.

PER CURIAM.

Appeal denied; Judgment affirmed.